UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE:<br><br>ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Actions*<br><br>*Ramona Lee v. Zimmer, Inc., Zimmer US, Inc., Zimmer Biomet Holdings, Inc. f/k/a Zimmer Holdings, Inc.* | MDL No. 2859<br><br>18-MD-2859 (PAC)<br>18-MC-2859 (PAC)<br><br>**SHORT FORM COMPLAINT** |

-------------------------------------------------------------------------------x

1. Plaintiff(s), _____Ramona Lee_____, state(s) and bring(s) this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2. Plaintiff(s) is filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

**PARTIES, JURISDICTION AND VENUE**

3. Plaintiff, _____Ramona Lee_____, is a resident and citizen of the State of _____Tennessee_____ and claims damages as set forth below.

4. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~ *[Cross out Spousal Claim if not applicable.]*

5. Venue of this case is appropriate in the United States District Court, ____Southern_____ District of _____New York_____. Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, ___Eastern_____ District of _____Tennessee_____. Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6. Plaintiff brings this action *[check the applicable designation]*:

___X___  On behalf of himself/herself;

_____  ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~  *[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/EXPLANT SURGERY(IES): *[CROSS OUT IF NOT APPLICABLE]*

7. ~~Plaintiff was implanted with a Versys Femoral Head in his/her right hip on or about _____ (date), at the _____ (medical center and address), in _____, by Dr. _____.~~

8. ~~Plaintiff was implanted with the following femoral stem during the _____ (date) implantation surgery:~~

~~_____ Zimmer M/L Taper~~

2

~~_____           Zimmer M/L Taper with Kinectiv Technology~~

~~9.      Plaintiff had the following right hip components explanted on or about _____ (date), at _____ (medical center and address) by Dr. _____.:~~

~~_____           Versys femoral head~~

~~_____           Zimmer M/L Taper~~

~~_____           Zimmer M/L Taper with Kinectiv Technology~~

~~[*Cross out if not applicable.*]~~

~~10.     Plaintiff will have the right hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~

~~[*Cross out if not applicable.*]~~

~~11.     Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue.   [*Cross out if not applicable.*]~~

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES): [*CROSS OUT IF NOT APPLICABLE*]

12.     Plaintiff was implanted with a Versys Femoral Head in his/her left hip on or about ___10/04/2007___ (date), at the __Fort Sanders Parkwest Medical Center   9352 Park West Blvd   Knoxville, TN 37923____ (medical center and address) by Dr. __Harold E. Cates, Jr.____.

13.     Plaintiff was implanted with the following femoral stem during the ___10/04/2007__ (date) implantation surgery:

_____           Zimmer M/L Taper

___X___           Zimmer M/L Taper with Kinectiv Technology

14.     Plaintiff had the following left hip components explanted on or about

___10/07/21_____, at _Tennessee Orthopaedic Clinics, PC_9340 Park West Blvd Suite 130__Knoxville, TN 37923___ (medical center and address) by Dr. __Conrad Ivie_____.:

_____   Versys femoral head

_____   Zimmer M/L Taper

___X___   Zimmer M/L Taper with Kinectiv Technology

15. ~~Plaintiff will have the left hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~ *[Cross out if not applicable.]*

16. ~~Plaintiff has not yet scheduled a surgery for explantation of the left hip components at issue.~~ *[Cross out if not applicable.]*

## **ALLEGATIONS AS TO INJURIES**

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

___X___   INJURY TO HERSELF/HIMSELF

_____   INJURY TO THE PERSON REPRESENTED

_____   WRONGFUL DEATH

_____   SURVIVORSHIP ACTION

_____   ECONOMIC LOSS

(b) ~~Plaintiff's spouse claims damages as a result of (check all that are applicable)~~:   *[Cross out if not applicable.]*

_____   ~~LOSS OF SERVICES~~

_____   ~~LOSS OF CONSORTIUM~~

18. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended

4

Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

19. ~~Plaintiff has suffered injuries as a result of the explantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.~~ *[Cross out if not applicable.]*

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

21. Due to the nature of the defect, Plaintiff(s) could not have known that the injuries he/she suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff(s).

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

    __ X __    COUNT I - NEGLIGENCE;

    __ X __    COUNT II - NEGLIGENCE PER SE;

    __ X __    COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

    __ X __    COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

    __ X __    COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

    __ X __    COUNT VI - BREACH OF EXPRESS WARRANTY;

    __ X __    COUNT VII- BREACH OF WARRANTY AS TO

                      MERCHANTABILITY;

   __X__    COUNT VIII - BREACH OF IMPLIED WARRANTIES;

   __X__    COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS

   __X__    COUNT X –NEGLIGENT MISREPRESENTATION

   __X__    COUNT XI- FRAUDULENT CONCEALMENT

   __X__    COUNT XII - UNJUST ENRICHMENT

   _____    COUNT XIII – LOSS OF CONSORTIUM

   _____    COUNT XIV – WRONGFUL DEATH

   _____    COUNT XV- SURVIVAL ACTION

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

   __X__    PUNITIVES DAMAGES

   _____    OTHER: _____

                                _____

                                _____

                                _____

                                _____

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;

2. For all applicable statutory damages of the state whose laws will govern this action;

3. For an award of attorneys' fees and costs;

6

4. For prejudgment interest and costs of suit;

5. Exemplary damages;

6. For restitution and disgorgement of profits; and,

7. For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

Date: ____January 28, 2022_____                Respectfully submitted,


       /s/ Annesley H. DeGaris_____
       ANNESLEY H. DeGARIS (DEG002)
       DeGaris Law, LLC
       Attorney for the Plaintiff
       Two North Twentieth Street
       Suite 1030
       Birmingham, Alabama 35203
       (205) 575-8000